UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENNETH T CHAVEZ, on behalf of himself
and all others similarly situated,

       Plaintiff,        JUDGMENT
 v.                21-cv-01528-AMD-RLM

A & FAYE BED AND BREAKFAST INC.

        Defendant.
-------------------------------------------------------------X

  A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on January 19, 2022, granting plaintiff's motion for dismissal without prejudice pursuant to Rule 41(a)(2); it is

  ORDERED and ADJUDGED that plaintiff's motion for dismissal without prejudice pursuant to Rule 41(a)(2) is granted.

Dated: Brooklyn, New York          Douglas C. Palmer
    January 21, 2022           Clerk of Court

                 By: */s/Jalitza Poveda*
                   Deputy Clerk